**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAJESH MAHESH PATHAK, | Case No. 1:26-cv-01884 KES EPG (HC) |
| Petitioner, | A No. 240464879 |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS DUPLICATIVE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| CHRISTOPHER CHESTNUT, | |
| Respondent. | |
| | Docs. 1, 5 |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Doc. 1.  The assigned magistrate judge performed a preliminary review of the petition.  Doc. 5.  The magistrate judge found the pending petition is duplicative of the petition in *Pathak v. Chestnut*, Case No. 1:26-cv-01829 JLT SAB, with the exception of "additional attachments in the later-filed petition."  *Id.* at 2.  The magistrate judge recommended this matter be dismissed as duplicative and directed the Clerk to file the additional attachments in Case No. 1:26-cv-01829.  *Id.* at 3.

On March 11, 2026, the Court served the findings and recommendations on the parties, including a notice that any objections were due within 14 days.  Doc. 5 at 3. The parties were advised that failure to file timely objections may result in the waiver of rights.  *Id*.  To date, no objections have been filed, and the time for doing so expired.

1

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the petition, the Court concludes the findings and recommendations are supported by the record and proper analysis.  The Clerk of Court filed the additional documents in Case No. 1:26-cv-01829, and the pending petitions are identical.

The Court **ORDERS**:

1.      The findings and recommendations issued on March 11, 2026 (Doc. 5), are **ADOPTED** in full.

2.      The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as duplicative.

3.      The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    April 1, 2026

_____
UNITED STATES DISTRICT JUDGE

2